IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RODNEY JEROME MILES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-185 |
| | ) | |
| BALDWIN STATE PRISON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.[1] Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 3rd day of February, 2023, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

---

[1] The Clerk of Court docketed a filing by Plaintiff as an "objection" to the Magistrate Judge's Report and Recommendation. (Doc. no. 12.) Upon examination, however, the document does not object to the substance of the Report and Recommendation.